**SMITH-HILL LAW OFFICE**
Janice L. Smith-Hill, ISB #6133
127 S. Washington St., Suite 5
Moscow, ID  83843
(208) 596-4075 voice
(208) 882-8527 facsimile
smith-hilllaw@moscow.com
Attorney for Defendant Jamie Lynn Gillette

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **JAMIE LYNN GILLETTE,** **Defendant.** | Case No.  2:19-cr-00187-DCN-1  **MOTION TO CONTINUE SENTENCING** |

DEFENDANT JAMIE LYNN GILLETTE, by and through her counsel, Janice L. Smith-Hill, of the Smith-Hill Law Office, Moscow, Idaho, moves the Court to vacate the date of August 25, 2020, previously set for sentencing in this matter at the Courthouse in Coeur d'Alene, and to reset on a date convenient for the Court, preferably in at least mid to late October 2020.

## I.  BASIS OF MOTION

Ms. Gillette through her counsel, sets forth the following reasons for the continuation of sentencing.

Counsel was recently appointed to this case as of August 3, 2020.  Since that date, counsel has been in the position of attempting to be a quick study in the case, interviewing Ms. Gillette and other individuals relative to the history of and proceedings

in the case, dealing with client's urgent, ongoing and serious medical needs, as well as obtaining hundreds of documents and speaking with all former counsel and the Assistant United States Attorney on the case, Raymond Patricco.. In an effort to be thorough, it has been extremely slow going to say the least, and, counsel cannot possibly draft and file a *Sentencing Memorandum* in a timely fashion.

Counsel's major concern for her client presently is assisting her and staff at the Bonner County Sheriff's Detention Center to get the medical expertise necessary to stabilize Ms. Gillette's medications to help Ms. Gillette feel better and be a full participant in her defense. It has been a struggle, and, Ms. Gillette may have to be moved to SeaTac where more extensive medical assistance is available. Counsel has been in close touch with the U.S. Marshals Service in regard to this concern. Despite multiple requests submitted to Ms. Gillette's medical providers, records were not obtained until very recently when present counsel took over. Counsel projects that two to three weeks may be necessary at a minimum for an appropriate medications regime to take effect.

With the weight of information in this case needing to be reviewed and assessed prior to sentencing, coupled with changes in counsel and the medical issues at hand, counsel requires adequate time to prepare, especially if Ms. Gillette is moved from Bonner County. Counsel has spoken to AUSA Patricco early on about the possibility of a continuance, who voiced no objection given the circumstances.

## II. RELIEF REQUESTED

Defendant Jamie Lynn Gillette, by and through her counsel, respectfully requests that the Court vacate the presently scheduled sentencing on the docket for August 25, 2020, and grant her *Motion to Continue Sentencing* based upon the reasons provided

herein, and reset said sentencing as suggested at least until October 2020, or later, at another time convenient for the Court.

**DATED this** 13th day of August, 2020.

_/s/_____
**Janice L. Smith-Hill, Attorney for Defendant**

# CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing *MOTION TO CONTINUE SENTENCING* was electronically filed with the Clerk of the Court using the CM/ECF system which sent a *Notice of Electronic Filing* to all noted persons, and I otherwise mailed a copy to other persons requesting notice.

_/s/_____
**Janice L. Smith-Hill, Attorney for Defendant**

Raymond.Patricco@usdoj.gov          [x]